# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Sarah Goldstein,

        Debtor.

Case No. 24-10179-mdc

Chapter 7

### Praecipe to Convert Case from Chapter 13 to Chapter 7

To the Clerk of Court:

Please convert this case to a case under chapter 7 pursuant to 11 U.S.C. § 1307(a).

Date: February 29, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Debtor's Request for Relief

Pursuant to 11 U.S.C. § 706(a), I hereby request relief in accordance with chapter 7 of title 11, United States Code. I am aware that I may proceed, if eligible, under chapter 7, 11, 12, or 13. I understand the relief available under each chapter, and I choose to proceed under chapter 7.

Date: February 29, 2024

/s/ Sarah Goldstein
Sarah Goldstein
Debtor

### Declaration by Debtor's Counsel

I declare that I have informed the debtor about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

Date: February 29, 2024

/s/ Michael A. Cibik
Attorney for Debtor