United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10179-mdc
Sarah Goldstein  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Mar 04, 2024      Form ID: 210U      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sarah Goldstein, 115 N Main St Apt 4, Sellersville, PA 18960-2357 |
| cr | + | TD Bank, N.A., 1900 Market Street, Philadelphia, PA 19103-3585 |
| 14847708 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14861114 | + | TD Bank, C/O Phillip D. Berger, 919 Conestoga Road, Building 3, Suite 1124, Bryn Mawr, PA 19010-1352 |
| 14847712 | | Talno Properties LLC, c/o Hirsch & Hirsch, 2 Bala Plz Ste 300, Bala Cynwyd, PA 19004-1512 |
| 14847713 | | Third Federal Savings, Bb&t Credit Dispute Department, Wilson, NC 27894 |
| 14847714 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 05 2024 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2024 00:14:59 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14848758 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 05 2024 00:28:10 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14847692 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Mar 05 2024 00:14:38 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14847691 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 05 2024 00:08:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14847693 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2024 00:15:26 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14847694 | | Email/Text: BKPT@cfna.com | Mar 05 2024 00:08:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14847696 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2024 00:27:39 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14847697 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2024 00:08:00 | Comenity Bank/Talbots, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14847698 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2024 00:08:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14847699 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 05 2024 00:08:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14847701 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2024 00:28:10 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14847703 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2024 00:14:41 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14847700 | | Email/Text: DSLBKYPRO@discover.com | Mar 05 2024 00:09:00 | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 14847702 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 05 2024 00:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14847695 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 05 2024 00:14:38 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14853217 | + | Email/Text: RASEBN@raslg.com | Mar 05 2024 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14847704 | | Email/Text: EBN@Mohela.com | Mar 05 2024 00:08:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14847705 | | Email/Text: bnc@nordstrom.com | Mar 05 2024 00:08:04 | Nordstrom Signature Visa, Attn: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14847706 | | Email/Text: fesbank@attorneygeneral.gov | Mar 05 2024 00:08:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14847707 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14847709 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 05 2024 00:29:01 | Syncb/Car Care, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14847710 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 05 2024 00:14:57 | Synchrony Bank/Brook Brothers, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14847711 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 05 2024 00:14:40 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14847715 | ^ | MEBN | Mar 05 2024 00:00:29 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14847716 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2024 00:14:57 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14847717 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 05 2024 00:15:18 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14855278 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 05 2024 00:15:18 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 04, 2024 | Form ID: 210U | Total Noticed: 36 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024               Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:

**Name**            **Email Address**

KENNETH E. WEST
            ecfemails@ph13trustee.com philaecf@gmail.com

LYNN E. FELDMAN
            trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

MICHAEL A. CIBIK
            on behalf of Debtor Sarah Goldstein help@cibiklaw.com
            noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

PHILLIP D. BERGER
            on behalf of Creditor TD Bank  N.A. berger@bergerlawpc.com, kaufmann@bergerlawpc.com

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sarah Goldstein                                                                               Case No: 24−10179−mdc

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 3/4/24

Timothy B. McGrath
Clerk of Court

14
Form 210U