IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SARAH GOLDSTEIN | : | CHAPTER 7 |
| | : | |
| Debtor | : | No: 24-10179-MDC |
| | : | |
| | : | |

### ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

The undersigned appears in this matter on behalf of TALNO PROPERTIES, LLC, a creditor, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this matter be served upon the undersigned electronically or at the address set forth below.

/s/ Joseph A. Hirsch
Joseph A. Hirsch, Esq.
PA Atty ID #66640
2 Bala Plaza, Suite 300
Bala Cynwyd, PA 19004
Tel. 610-645-9222
Fax  610-645-9223
jahirsch@hirschfirm.com

Date: March 13, 2024