IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: 
SARAH GOLDSTEIN : CHAPTER 7
:
:
DEBTOR : CASE NO. 24-10179AMC

### STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE

NOW, this 17th day of May, 2024, it is hereby agreed and stipulated to between the Trustee, Lynn E. Feldman, Esquire, and Attorney for Debtor, Sarah M Goldstein, Esquire, as follows:

1. The current deadline for Trustee or any parties in interest to file a Complaint Objecting to Discharge is June 10, 2024.

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until September 20, 2024 to file a Complaint Objecting to Discharge and/or file a Motion to Dismiss pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

/s/ Lynn Feldman  
**Lynn E. Feldman, Esquire**  
Chapter 7 Trustee

/s/ Michael A. Cibik  
**Michael A. Cibik, Esq.**  
Attorney for Debtor

### ORDER

NOW, this 23rd day of May, 2024, **IT IS HEREBY ORDERED** that the above Stipulation be approved and made an Order of this Court. With full force and effect thereof.

**Ashely M. Chan**  
United States Bankruptcy Judge