# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Sarah Goldstein,<br><br>                      *Debtor*. | Case No. 24-10179-AMC<br>Chapter 7 |

## Motion to Withdraw as Attorney for Debtor

Cibik Law, P.C. (the "Movant"), by and through Michael A. Cibik, Esq., moves this Court as follows:

1. The Movant is and has been Debtor Sarah Goldstein's attorney since this case was filed under chapter 13 on January 18, 2024.

2. Grounds to withdraw as the Debtor's attorney exist under Pa. R. Prof'l. Cond. 1.2(d), 1.16(b)(2), 1.16(b)(3), and 3.3, but stating particular facts in support of this motion may be inconsistent with Pa. R. Prof'l. Cond. 1.6.

3. The Debtor has asked the Movant to withdraw as the Debtor's attorney.

4. The Movant wishes to withdraw as the Debtor's attorney.

For those reasons, the Court must grant relief in the form of order attached, and further in the Movant's favor if necessary and proper under the law.

Date: November 20, 2024

                                            CIBIK LAW, P.C.
                                            *Attorney for Debtor*

                                            By: /s/ Michael A. Cibik
                                                Michael A. Cibik (#23110)
                                                1500 Walnut Street, Suite 900
                                                Philadelphia, PA 19102
                                                215-735-1060
                                                help@cibiklaw.com