**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | § | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Sarah Goldstein, | § | Case No. 24-10179-DJB |
| | § | |
| Debtor. | § | |

**ORDER DISMISSING CASE WITH A BAR TO REFILING**

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case Pursuant to 11 U.S.C. § 707(a) with a Bar to Refiling* (the "Motion"), and the Court having considered the Motion, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtor is hereby barred and enjoined from filing a new petition for relief under any chapter of the Bankruptcy Code for a period of one hundred and eighty (180) days from the date of the entry of this Order.

3. The Debtor's bankruptcy case is hereby DISMISSED.

Dated: _____

_____
The Honorable Derek J. Baker
United States Chief Bankruptcy Judge

1