B2030 (Form 2030) (12/15)                                                                                                    7/14/25  4:14PM

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Sarah Goldstein**                                                                       Case No.  **24-10179**
                                         Debtor(s)                                                Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 6,000.00 |
   | Prior to the filing of this statement I have received | $ 6,000.00 |
   | Balance Due | $ 0.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. [Other provisions as needed]
   **Evaluating Debtor options in defending Motion to Dismiss Chapter 7 Bankruptcy case and evaluating and potentially defending Complaint Objecting to Chapter 7 discharge. Counsel will bill debtor on an hourly basis and will be paid from earnings which are not part of the Chapter 7 Bankrutpcy Estate (Post-Petition Earnings/Wages)**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Professional fees in excess of the original $6000 retainer. Professional fees in excess of the retainer will be billed and paid by the Debtor from non-estate post-petition earnings**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

July 14, 2025                                           /s/ Paul J. Winterhalter
Date                                                    Paul J. Winterhalter 38643
                                                        *Signature of Attorney*
                                                        Offit Kurman, P.A.
                                                        Ten Penn Center
                                                        1801 Market Street, Suite 2300
                                                        Philadelphia, PA 19103
                                                        267-338-1370  Fax: 267-338-1335
                                                        pwinterhalter@offitkurman.com
                                                        *Name of law firm*