**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|     Sarah Goldstein, | : | |
| | : | Bky No.  24-10179 (DJB) |
|     Debtor. | : | |
| | : | |
| | : | |
| | : | |
| U.S. Trustee, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | Adv. Proc. No. 24-00121 (DJB) |
|     v. | : | |
| | : | |
| Sarah Goldstein, | : | |
| | : | |
|     Defendant. | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the U.S. Trustee's request for denial of the Debtor's discharge and the MOTION OF THE UNITED STATES TRUSTEE TO DISMISS DEBTORS CASE PURSUANT TO 11 U.S.C. § 707(a) WITH A BAR TO REFILING (the "Motion") [Dkt. No. 54 in the main case], and trial having been held on both matters on April 27, 2026, and for the reasons stated on the record on the date hereof, it is hereby **ORDERED** that:

1. The Motion is **DENIED;** and

2. Judgment in the above-captioned adversary proceeding is **ENTERED** in favor of the **DEBTOR**.

**Date: May 21, 2026**

                                                  _____

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**