## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Sarah Goldstein,

*Debtor*.

Case No. 24-10179
Chapter 7

### CERTIFICATION OF PAYMENT SENT

I, Michael A. Cibik, certify that on June 2, 2026, per instructions given by the Debtor via their counsel Paul J. Winterhalter, I sent a check in the amount of $6,075.00, made payable to Sarah Goldstein, to the following address via first class mail:

- Ms. Sarah Goldstein, 115 N. Main St, Apt. 4, Sellersville, PA 18960

I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: June 2, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com