**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **SARAH GOLDSTEIN,** | : | |
| | : | |
| Debtor | : | **Case No. 24-10179 (DJB)** |

**SUPPLEMENTAL DISCLOSURE OF COMPENSATION**
**PAID TO COUNSEL FOR THE DEBTOR**
**PURSUANT TO 11 U.S.C. §329(a) and B.R. 2016(b)(2)**

I, Paul J. Winterhalter, on behalf of Offit Kurman, P.C., as attorney for the chapter 7 Debtor hereby states, pursuant to the requirements under 11 U.S.C.§329(a) and Bankruptcy Rule 2016(b)(2) that the Debtor has made supplemental payments to counsel in conjunction with services rendered on behalf of the Debtor related to a pending adversary objecting to her discharge in the amounts on the listed dates:

| | |
|---|---|
| May 18, 2026 | $4000.00 |
| May 29, 2026 | $4000.00 |

The source of payments by the Debtor was non-estate assets based on Debtor's receipt of post-petition wages.

Respectfully submitted,

**OFFIT KURMAN, P.C.**

 By: */s/ P.J. Winterhalter*
PAUL J. WINTERHALTER
2000 Market Street, Suite 2700
Philadelphia, PA 19013
Telephone: (267) 338-1370
Facsimile: (267) 338-1300
E-mail: pwinterhalter@offitkurman.com

*Counsel to Sarah Goldstein, Debtor*

Dated: June 3, 2026