United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-10179-djb

Sarah Goldstein                                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sarah Goldstein, 115 N Main St Apt 4, Sellersville, PA 18960-2357 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN HENRY SCHANNE | on behalf of Plaintiff U.S. Trustee John.Schanne@usdoj.gov |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| JONATHAN J. SOBEL | on behalf of Debtor Sarah Goldstein mate89@aol.com |
| JOSEPH A. HIRSCH | on behalf of Creditor Talno Properties LLC jahirsch@hirschfirm.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| PAUL J. WINTERHALTER | on behalf of Defendant Sarah Goldstein pwinterhalter@offitkurman.com  cballasy@offitkurman.com |
| PAUL J. WINTERHALTER | on behalf of Debtor Sarah Goldstein pwinterhalter@offitkurman.com  cballasy@offitkurman.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 02, 2026                       Form ID: pdf900                                Total Noticed: 1

PHILLIP D. BERGER
                        on behalf of Creditor TD Bank  N.A. berger@bergerlawpc.com, kaufmann@bergerlawpc.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Sarah Goldstein, | § | Case No. 24-10179-DJB |
| | § | |
| Debtor. | § | |

**ORDER APPROVING SETTLEMENT STIPULATION BY AND BETWEEN**
**UNITED STATES TRUSTEE AND MICHAEL A. CIBIK, ESQUIRE**

Upon consideration of the *Settlement Stipulation By and Between United States Trustee and Michael A. Cibik, Esquire* (the "Stipulation"),[1] and the Court having considered the Stipulation, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Stipulation having been sufficient under the circumstances and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:

1.	The Stipulation is APPROVED in all respects.

2.	Counsel shall make payment to the Debtor in the amount of $6,075 as more fully set forth in the Stipulation.

3.	The Court retains jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: **June 2, 2026**

_____
The Honorable Derek J. Baker
United States Bankruptcy Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 7 |
| | § | |
| Sarah Goldstein, | § | Case No. 24-10179-DJB |
| | § | |
| Debtor. | § | |
| | § | |

**SETTLEMENT STIPULATION BY AND BETWEEN
UNITED STATES TRUSTEE AND MICHAEL A. CIBIK, ESQUIRE**

This stipulation (the "Stipulation") is entered into by and between Andrew R. Vara, the

United States Trustee for Region 3 (the "U.S. Trustee"), and Michael A. Cibik, Esquire

("Counsel" and together with the U.S. Trustee, the "Parties") and is subject only to approval by

the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Court").  The

Parties hereby stipulate the following:

**RECITALS**

WHEREAS, January 18, 2024, (the "Petition Date"), Sarah Goldstein (the

"Debtor") filed a voluntary petition (the "Petition") for relief under chapter 13 of title 11 of the

United States Code (11 U.S.C. § 101 et seq., the "Bankruptcy Code"), which initiated the

bankruptcy case captioned *Sarah Goldstein*, Bankr. No. 24-10179- DJB (the "Bankruptcy

Case");

WHEREAS, Counsel certified that he received payment of $6,075 in

contemplation of or in connection with the Bankruptcy Case.  *See Disclosure of Compensation of

Attorney for Debtor* (Bankr. Docket No. 6) and *Supplemental Disclosure of Compensation of

Attorney for Debtor* (Bankr. Docket No. 20);

WHEREAS, on March 4, 2024, the Bankruptcy Case was converted to chapter 7 upon motion of the Debtor;

WHEREAS, on May 28, 2026, the U.S. Trustee filed the *Motion Of The United States Trustee For Entry Of An Order Requiring The Return Of Fees And Cancelling Engagement Letter Pursuant To 11 U.S.C. § 329 And Bankruptcy Rule 2017* (Docket No. 72) (the "Motion");

WHEREAS, through execution of this Stipulation, Counsel certifies that he received total payment from the Debtor in the amount of $6,075;

WHEREAS, the Parties engaged in good-faith, arm's-length discussions, and as a result thereof entered into this Stipulation, which contains the proposed terms upon which Counsel has agreed to the return of all monies without need for further motion practice and an evidentiary hearing.

NOW, THEREFORE, in consideration of the mutual covenants and promises set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby stipulate and agree as follows:

## STIPULATION

1. Counsel shall make a $6,075 payment to Debtor to refund the fee Counsel received in the above-captioned case.

2. Counsel shall make the payments within seven (7) days of entry of the Stipulation Order (as that term is defined below).

3. Counsel shall file a statement under oath on the docket stating that the payments have been made to the Debtor.   The statement shall be filed within seven (7) days of Counsel making payment to the Debtor.

4. This Stipulation is subject to and conditioned upon the entry of an order, substantially in the form attached hereto as **Exhibit A**, approving the Stipulation (the "Stipulation Order").

5. The Parties acknowledge and agree that the Court shall retain jurisdiction over all disputes concerning or related to the subject matter of this Stipulation.

6. This Stipulation may be executed in multiple counterparts and by facsimile or by PDF attached to an email, with each such facsimile or PDF counterpart being deemed an original and constituting one original document when combined.

7. The undersigned persons represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of and have consented to this Stipulation.

IN WITNESS WHEREOF, the Parties hereto, intending to be legally bound, have caused the

Stipulation to be duly executed as set forth below.


Dated: May 29, 2026


| United States Trustee | Michael A. Cibik, Esquire |
|---|---|
| By: _____ | By: _____ |
| John Schanne, Trial Attorney | Michael A. Cibik, Esquire |
| United States Department of Justice | Cibik Law, P.C. |
| Office of the United States Trustee | 1500 Walnut Street |
| Robert NC Nix, Sr. Federal Building | Suite 900 |
| 900 Market Street, Suite 320 | Philadelphia, PA 19102 |
| Philadelphia, PA 19107 | 215-735-1060 |
| Phone: (202) 934-4154 | Email: cibik@cibiklaw.com |
| Email: john.schanne@usdoj.gov | |
| Counsel for United States Trustee | Counsel for Debtor |