United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-10179-djb

Sarah Goldstein                                                                      Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sarah Goldstein, 115 N Main St Apt 4, Sellersville, PA 18960-2357 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                     Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN HENRY SCHANNE | on behalf of Plaintiff U.S. Trustee John.Schanne@usdoj.gov |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| JONATHAN J. SOBEL | on behalf of Debtor Sarah Goldstein mate89@aol.com |
| JOSEPH A. HIRSCH | on behalf of Creditor Talno Properties LLC jahirsch@hirschfirm.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Attorney Michael A. Cibik help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAUL J. WINTERHALTER | |

District/off: 0313-2                                User: admin                                    Page 2 of 2

Date Rcvd: Jun 08, 2026                            Form ID: 195                                  Total Noticed: 1

                              on behalf of Defendant Sarah Goldstein pwinterhalter@offitkurman.com  cballasy@offitkurman.com

PAUL J. WINTERHALTER
                              on behalf of Debtor Sarah Goldstein pwinterhalter@offitkurman.com  cballasy@offitkurman.com

PHILLIP D. BERGER
                              on behalf of Creditor TD Bank  N.A. berger@bergerlawpc.com, kaufmann@bergerlawpc.com

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                          : Chapter 7

Sarah Goldstein                                 : Case No. 24–10179–djb

      Debtor(s)

### *ORDER*

_____

    AND NOW, this day , June 8, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                By The Court

                Derek J Baker
                Judge, United States Bankruptcy Court

Form 195